UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) No. 1:07-CR-1<br>)<br>) Chief Judge Curtis L. Collier<br>) |
| KEVIN J. ROBINSON | ) |

### O R D E R

For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 21), with the addition of an alternative basis for denial of Defendant's motion (his consent to search), and **DENIES** Defendant's motion to suppress (Court File No. 11).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**